IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEVIN W. WILSON, JR.,           )
                                )
           Petitioner,          )
                                )
v.                              )   Civil Action No. 07-567-JJF
                                )
THOMAS CARROLL,                 )
Warden, and JOSEPH R.           )
BIDEN, III, Attorney            )
General of the State of         )
Delaware,                       )
                                )
           Respondents.         )



**AEDPA ELECTION FORM**

1. ✓     I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____ I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____ I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

        petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). <u>See</u> <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____ I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

                              *[signature]*
                              Petitioner

I/M Kevin W. Wilson Jr.
SBI# 00262255 UNIT C-C-L-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 OCT 2007 PM 1 T

Office of the Clerk
Un States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570

19801+3570 C012