D.I. # _____

# CIVIL ACTION
# NUMBER: 07cv 567 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Postage              $  1.82
Certified Fee           2.65
Return Receipt Fee      2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $  6.62

Sent To    WARDEN TOM CARROLL
Street, Apt. No.;  DELAWARE CORRECTIONAL CENTER
or PO Box No.
City, State, ZIP+4  1181 PADDOCK RD.
                   SMYRNA, DE 19977

PS Form 3800, August 2006        See Reverse for Instructions
```

7007 0710 0003 9054 6647