

United States District Court
For the District of Delaware

SS

## Acknowledgement of Service Form (scanned)
## For Service By Return Receipt

Civil Action No. 07CV462

JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DE  19801 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0003 9054 6616 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

SS



United States District Court
For the District of Delaware

Acknowledgement of Service Form (scanned)
For Service By Return Receipt

Civil Action No. 07CV462

JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_____  10/3/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>WARDEN TOM CARROLL<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK RD.<br>SMYRNA, DE 19977 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0003 9054 6623 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

SS

United States District Court
For the District of Delaware



U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form (scanned)
## For Service By Return Receipt

Civil Action No. 07CV567

JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Coll U. Sco_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7007 0710 0003 9054 6630 | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540 | |