IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KEVIN W. WILSON, JR.** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-567-JJF |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1. The petitioner, Kevin W. Wilson, Jr.., has applied for federal habeas relief, alleging his counsel rendered constitutionally defective assistance in his state court criminal proceedings. D.I. 1. The undersigned filed an answer to the petition on January 30, 2008.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. A request for certified records has been made has been made to the Delaware Supreme Court. Counsel has not yet received any reply to this request. The undersigned anticipates obtaining the records no later than February 29, 2008.

4. This is respondents' FIRST request for an extension of time to file records.

5.  Respondents submit that an extension of time to February 29, 2008 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: January 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on January 31, 2008, I will mail, by United States Postal Service, the same documents to the following nonregistered participant:

Kevin W. Wilson, Jr.
SBI # 00263255
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date: January 30, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KEVIN W. WILSON, JR.** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-567-JJF |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before February 29, 2008.

_____
United States District Judge